UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN DANIEL TWOHIG,

                Plaintiff,                No. 12-CV-11832

vs.                                          Hon. Gerald E. Rosen

WILL RILEY, ET AL.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on        July 17, 2013

                PRESENT:   Honorable Gerald E. Rosen
                                  United States District Chief Judge

       This matter having come before the Court on the June 13, 2013 Report and Recommendation of United States Magistrate R. Steven Whalen recommending that the Court grant Defendants' Motion for Summary Judgment and dismiss Plaintiff's Complaint, in its entirety, without prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, without prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of June 13, 2013 **[Dkt. # 26]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment **[Dkt. # 19]** is GRANTED.  Accordingly, Plaintiff's Complaint is hereby DISMISSED, in its entirety, without prejudice.

    s/Gerald E. Rosen
    Chief Judge, United States District Court

Dated:  July 17, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2013, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5135