UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN DANIEL TWOHIG,

           Plaintiff,          No. 12-CV-11832

vs.                                Hon. Gerald E. Rosen

WILL RILEY, ET AL.,

           Defendants.
_____/

### JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       July 17, 2013

PRESENT:    Honorable Gerald E. Rosen
                      United States District Chief Judge

The Court having this date entered an Order adopting the Magistrate Judge's June 13, 2013 Report and Recommendation and dismissing Plaintiff's Complaint, in its entirety, without prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, WITHOUT PREJUDICE, be, and hereby is, entered.

Dated: July 17, 2013                 s/Gerald E. Rosen
                                           Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2013, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                               Case Manager, (313) 234-5135